No. 73–25. HAMMONS PRODUCTS CO. *v.* AGRASHELL, INC. C. A. 8th Cir. Certiorari denied. MR. JUSTICE WHITE would grant certiorari. 

No. 73–369. FIRCH BAKING CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. MR. JUSTICE WHITE would grant certiorari. 

No. 73–254. DORL *v.* UNITED STATES. Ct. Cl. Motion to dispense with printing petition granted. Certiorari denied.

No. 73–379. SULLIVAN ET AL. *v.* HOUSTON INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE MARSHALL would grant certiorari. 